UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NASIR COOPER,

                Plaintiff,

-against-

NEW YORK CITY DEPARTMENT OF CORRECTIONS,

                Defendant.

19-CV-10218 (CM)

CIVIL JUDGMENT

Pursuant to the order issued December 5, 2019, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed without prejudice. *See* 28 U.S.C. §§ 1914, 1915.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated: December 5, 2019
       New York, New York

                                            COLLEEN McMAHON
                                       Chief United States District Judge